SARAH M. BRUCE, as Administratrix of WILLIAM G. BRUCE, Deceased, Appellant, *v.* WILLET I. VAN DEMARK, as Administrator of JAMES H. VAN DEMARK, Deceased, et al., Respondents.

*Bruce* v. *Van Demark*, 47 App. Div. 628, affirmed.
(Argued March 5, 1901; decided March 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered Janu-

ary 25, 1900, affirming a judgment in favor of defendant entered upon the report of a referee.

*G. R. Adams* for appellant.

*J. Newton Fiero* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and CULLEN, JJ. Not sitting: LANDON, J.